


William J. Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Wdownes@mizrahikroub.com
www.mizrahikroub.com

February 18, 2022




The Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Centre St.
New York, NY 10007

Re: *Tavarez v. Cheef Holdings*; Case No. 1:21-cv-09923- KPF

Dear Judge Failla:

We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for February 23, 2022, at 3:00 p.m. Plaintiff requests this adjournment since Counsel for Defendant is not admitted in the Southern District of New York, and therefore has been unable to appear. The parties have been in contact and therefore Plaintiff does not wish to move for Default Judgment. Plaintiff requests 30 days to try and resolve this action without the need for further Court intervention, at which time the parties will submit a status letter either informing the Court of settlement or requesting that an initial conference be scheduled. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ William J. Downes*
WILLIAM J. DOWNES

cc: All Counsel of Record (via ECF)

Application GRANTED. The initial pretrial conference in this matter is hereby ADJOURNED *sine die*. The parties shall file a joint status letter on or before **March 18, 2022.**

The Clerk of Court is directed to terminate the motion at docket entry 7.

SO ORDERED.

Dated: February 18, 2022
New York, New York

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE